IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

v.

MARGARITA ROJAS CARDENAS,

Defendant.

CASE NO. 5:21-cr-9

**O R D E R**

This matter is before the Court on Defense Counsel Whitney S. Baker's Motion to Withdraw as Counsel, doc. 463, as Amended by doc. 468, and Defense Counsel Thomas D. Church's Motion to Withdraw as Counsel, doc. 464, as Amended by doc. 469. Defendant Margarita Rojas Cardenas is **ORDERED** to notify the Court by Thursday, November 10, 2022, whether she intends to retain new counsel or seek court-appointed counsel to represent her in this case.

**SO ORDERED**, this 3rd day of November, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA