# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:21-cr-9 |
| MARGARITA ROJAS CARDENAS, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant Margarita Rojas Cardenas' Unopposed Motion to Terminate Electronic Monitoring.  Doc. 579.  Under the Order Setting Conditions of Release issued by the Court, doc. 144, Defendant is subject to location monitoring.  In her Motion, Defendant asks for this condition to be removed.  The Motion states the Government and Defendant's Probation Officer do not object to the Motion.  After careful consideration and for good cause shown, Defendant's Motion is **GRANTED**.  Defendant's conditions of release are amended to remove the condition that Defendant submit to location monitoring.

Defendant is ordered to communicate with her supervising probation officer, as directed and must follow all instructions provided by the U.S. Probation Officer related to this amendment to Defendant's conditions of release, including any instructions related to the removal of the location monitoring hardware.  All other conditions set out in Defendant's Order Setting Conditions of Release, doc. 144, shall otherwise remain in full force and effect.

**SO ORDERED**, this 15th day of May, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA